HENRY SHAPIRO et al., Copartners under the Name of HENRY SHAPIRO & Co., et al., Respondents, *v.* GREENWICH SAVINGS BANK, Appellant, et al., Defendants.

Argued June 6, 1944; decided July 19, 1944.

*Alfred W. Bergren* for appellant.
*Harry M. Marks* for respondents.

Order affirmed and judgment absolute ordered against the appellant upon the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.